UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>DOCUSIGN INC,<br><br>        Defendant. | Case No. 22-cv-07181-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

    Having been notified that the parties have agreed to a settlement, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: July 10, 2023

_____
WILLIAM H. ORRICK
United States District Judge